# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
- City: Madison
- County/Parrish: Dane

**Related Case Information:** 21 CR 022 WMC
- Superseding _____ Docket Number _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20 / R40 from District of _____

**Defendant information:**
- Matter to be Sealed: ✓ Yes ___ No
- Def. Name: Brandon Rankin
- Alias Name:
- City/State: Madison, WI
- Year of Birth: 1994
- Last 4 digits of SSN:
- Sex: Male
- Race: Black

**U.S. Attorney Information:**
- COREY C. STEPHAN
- Bar #:
- Interpreter: ✓ No ___ Yes
- List language and/or dialect:

**Location Status:**
- Arrest Date: 02/02/21
- ___ Already in Federal Custody as of: _____ in _____
- ___ Already in State Custody
- ___ On Pretrial Release

**U.S.C. Citations:**
- Total # of Counts: _____
- ___ Petty
- ___ Misdemeanor
  - ___ Class A
  - ___ Class B
  - ___ Class C
- ✓ Felony

| Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____
Signature /s/ COREY C. STEPHAN