IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED INDICTMENT |
| v. | Case No. 21 CR 022 WMC |
| BRANDON RANKIN, | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>

On or about February 2, 2021, in the Western District of Wisconsin, the defendant,

BRANDON RANKIN,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a Hi-Point 9mm handgun, said firearm having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 02/10/21

SCOTT C. BLADER
United States Attorney