# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 0758 | Brandon Rankin | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 3:21-CR-00022-1-WMC-SLC | | |

| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| United States of America v. Rankin, Brandon | Felony (including pre-trial diversion of alleged felony) | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:922G.F

**12. ATTORNEY'S NAME** *(First Name, M. I., Last Name, including any suffix)* AND MAILING ADDRESS

Mark P Maciolek - Bar Number: 1054208
Murphy Desmond S.C.
33 East Main Street
Madison, WI 53703
Phone: 6082685605  Fax: 6082574333

**13. COURT ORDER**

[X] O Appointing Counsel   [ ] C Co-Counsel
[ ] F Subs For Federal Defender   [ ] R Subs For Retained Attorney
[ ] P Subs For Panel Attorney   [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Dates: _____

Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
[ ] Other *(See Instructions)*

Stephen L Crocker /S/
Signature of Presiding Judge or By Order of the Court
2/23/2021
Date of Order          Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time appointment.   [ ] YES   [X] NO

**14. NAME AND MAILING ADDRESS OF LAW FIRM** *(Only provide per instructions)*

Murphy Desmond S.C. - TIN: XX-XXXXXXX
33 E. Mifflin St.
Ste. 500
Madison, WI 53701-2038
Phone: 6082685605  Fax: 6082574333

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. **In Court** | | | | | |
| a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other *(Specify on additional sheets)* | | | | | |
| **(RATE PER HOUR = $         0.00)  TOTALS** | | | | | |
| 16. **Out of Court** | | | | | |
| a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| **(RATE PER HOUR = $         0.00)  TOTALS** | | | | | |
| 17. Travel Expenses *(lodging, parking, meals, mileage, etc)* | | | | | |
| 18. Other Expenses *(other than expert, transcripts, etc)* | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED)** | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM: 1/1/1901   TO: 1/1/1901

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION**

**22. CLAIM STATUS**   [ ] Final Payment   [ ] Interim Payment Number __0__   [ ] Supplemental Payment   [ ] Withholding Payment   (---) (---)

Have you previously applied to the court for compensation and/or reimbursement for this case?   [X] Yes   [ ] No   If yes, were you paid?   [ ] Yes   [ ] No

Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?   [ ] Yes   [X] No   If yes, give details on additional sheets

I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____        Date _____

## APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| 28. SIGNATURE OF THE PRESIDING JUDGE | DATE | 28a. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF THE COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33 TOTAL AMT. APPROVED |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| 34 SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) | DATE | 34a. JUDGE CODE | CERTIFIED AMT. |
|---|---|---|---|
| *Payment approved in excess of the statutory threshold amount* | | | |