# WARRANT OF ARREST

| United States District Court | DISTRICT: WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br>v.<br>Brandon Rankin<br>Defendant. | DOCKET NO. SEALED<br>21 CR 022 | MAGISTRATE JUDGE CASE NO.<br>WMC |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Brandon Rankin<br>[REDACTED]<br>Madison, WI 53711 | |

Warrant Issued on the Basis of:

[✓] Indictment  [ ] Order of Court  [ ] Information  [ ] Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Felon in Possession of a firearm

IN VIOLATION OF TITLE: 18 U.S.C. Section(s) 922(g)(1)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge Peter Oppeneer | Date Order: |
|---|---|---|
| Clerk of Court: | (By) Deputy Clerk | Date Issued: 2/10/2021 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

Date Received: 02/10/2021                Date Executed: 02/25/2021

Name and Title of Arresting Officer: Stacey Bahr

Signature of Arresting Officer: J. Bahr